IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA M. YODER, <br> Plaintiff, | : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 18-CV-3111 |
| WELLS FARGO BANK, N.A., *et al.*, <br> Defendants. | : <br> : <br> : |

## ORDER

AND NOW, this 8th day of August, 2018, upon consideration of Plaintiff Cynthia M. Yoder's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B), for the reasons stated in the Court's Memorandum.

3. Yoder shall **SHOW CAUSE** within fourteen (14) days of this Order why she should not be enjoined from filing lawsuits about the 2011 mortgage proceedings and matters related to efforts to collect on her parents mortgage debts or their bankruptcy proceedings, including cases against Wells Fargo, Stevens & Lee, Phelan Hallinan & Schmeig, LLP, and employees or agents for those entities.

4. The Clerk of Court shall **CLOSE** this case.

ENT'D AUG - 9 2018

BY THE COURT:

JUDGE NITZA L. QUIÑONES ALEJANDRO
Emergency Judge for
JUDGE GENE E.K. PRATTER, J.
United States District Court Judge